# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1160
_____

United States of America

*Plaintiff - Appellee*

v.

Darron Van Hill

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: May 22, 2024
Filed: May 28, 2024
[Unpublished]
_____

Before GRUENDER, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

After violating the conditions of supervised release for the second time, Darron Hill received a 12-month prison sentence. His counsel, who seeks permission to withdraw, suggests the sentence is substantively unreasonable.

We conclude otherwise. *See United States v. Dixon*, 52 F.4th 731, 733 (8th Cir. 2022) (reviewing a revocation sentence for an abuse of discretion). The record shows that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. §§ 3553(a), 3583(e)(3), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Timberlake*, 679 F.3d 1008, 1012 (8th Cir. 2012) (explaining that the district court has "substantial latitude to determine how much weight to give the various factors" (citation omitted)). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.